# MEMORANDUM DECISIONS

AMERICAN RY. EXPRESS CO. v. STATE OF MARYLAND, for Use of SMITH et al. (Circuit Court of Appeals, Fourth Circuit. October 7, 1919.) No. 1718. In Error to the District Court of the United States for the District of Maryland at Baltimore. William S. Thomas, of Baltimore, Md., and H. S. Marx, of New York City, for plaintiff in error. Isaac Lobe Straus, of Baltimore, Md., for defendants in error.

PER CURIAM. Cause dismissed on motion of plaintiff in error.

BAKER–WHITELEY COAL CO. v. WILSON. THE BRITANNIA. THE M. MITCHELL DAVIS. THE HELENUS. (Circuit Court of Appeals, Fourth Circuit. May 5, 1919.) No. 1668. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. For opinion below, see 251 Fed. 391. See, also, 262 Fed. 1022, —— C. C. A. ——. Harry N. Abercrombie, of Baltimore, Md., and Albert T. Gould, of Boston, Mass., for appellants. George Forbes, of Baltimore, Md., for appellee.

PER CURIAM. Cause dismissed under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), in accordance with agreement of counsel.

BARRA v. MILLS, Immigration Inspector. (Circuit Court of Appeals, Eighth Circuit. September 8, 1919.) No. 5486. Appeal from the District Court of the United States for the District of New Mexico. Isaac Barth and T. J. Mabry, both of Albuquerque, N. M., for appellant. S. Burkhart, U. S. Atty., of Albuquerque, N. M., and J. O. Seth, Asst. U. S. Atty., of Santa Fé, N. M., for appellee.

PER CURIAM. Cause docketed and appeal dismissed, without costs to either party in this court, on motion of appellee, under rule 16 (188 Fed. xi, 109 C. C. A. xi). Motion of appellant for leave to file and docket record denied.

BLAND v. REEVES. (Circuit Court of Appeals, Eighth Circuit. October 20, 1919.) No. 5375. Appeal from the District Court of the United States, for the Western District of Missouri. James A. Reed and J. G. L. Harvey, both of Kansas City, Mo., and H. M. Harvey, of Columbia, Mo., for appellant. C. C. Madison, of Kansas City, Mo., and W. H. Hallett, of Nevada, Mo., for appellee.

PER CURIAM. Temporary injunction vacated, and cause dismissed by the court, without costs to either party in this court.

BLUMLIEN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 2, 1919.) No. 5191. In Error to the District Court of the United States for the District of New Mexico. T. J. Mabry, Isaac Barth, and H. B. Jamison, all of Albuquerque, N. M., for plaintiff in error. S. Burkhart, U. S. Atty., of Albuquerque, N. M.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.